**Petition for Writ of Mandamus Denied and Memorandum Opinion filed December 14, 2022.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-22-00915-CV

---

## IN RE GOOD HEARTS YOUTH AND FAMILY SERIVCES, INC., TAELOR HARMON, ANGELA FACCIPONTE, AND JOYCE WATSON, Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**268th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 20-DCV-271311**

---

## MEMORANDUM OPINION

On Tuesday, December 13, 2022, relators Good Hearts Youth and Family Serivces, Inc., Taelor Harmon, Angela Facciponte, and Joyce Watson filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this Court to compel the Honorable O'Neil Williams, presiding judge of the 268th District Court of Fort

Bend County, to vacate the trial court's December 8, 2022, oral denial of relators' motion for continuance, order the trial court to continue trial for an adequate time to allow relators to conduct the requested depositions made necessary by the facts revealed in the September 2022 Innova records, or alternatively order the trial court to compel the depositions before the current trial setting of December 14, 2022.

Relators have not established that they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Poissant.

Justice Jewell would grant temporary relief and request a response to the petition.